Paul Niewiadomski (SBN 195094)
Eugene K. Chang (SBN 209568)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California  94111
Telephone:    (415) 981-0550
Facsimile:     (415) 981-4343
pniewiadomski@steinlubin.com
echang@steinlubin.com

Attorneys for
DONLON GABRIELSEN AND AGNES
GABRIELSEN, as co-trustees of the Gabrielsen
Family Trust dated February 10, 1987, amended and
restated in its entirety on October 20, 1992

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE GARCIA, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>EXPOSE III, et al.,<br><br>              Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  08-01344<br><br>**PARTIES' STIPULATION TO TERMINATE JURISDICTION PURSUANT TO CONSENT DECREE AND ORDER THEREON**<br><br>Action Filed:         August 27, 2008 |

Plaintiffs Suzanne Garcia and Tammy Dennison (collectively, "Plaintiffs"), Defendants/Cross-Claimants/Cross-Defendants Donlon Gabrielsen and Agnes Gabrielsen, as co-trustees of the Gabrielsen Family Trust dated February 10, 1987, amended and restated in its entirety on October 20, 1992 (collectively, the "Gabrielsens"), and Defendants/Cross-Defendants/Cross-Claimants Expose III, Anthony S. Hwang dba Expose III, and Myung H. Hwang dba Expose III (collectively, the "Tenants") hereby enter into this Parties' Stipulation to Terminate Jurisdiction Pursuant to Consent Decree and Order Thereon (the "Stipulation") with respect to the following:

**RECITALS**

A.  On August 27, 2008, Plaintiffs filed a complaint against Tenants and Gabrielsens (collectively, the "Defendants").  In their complaint Plaintiffs alleged, among other things, that Defendants violated Title III of the Americans with Disabilities Act of 1990 ("ADA"), sections 51, 52, 54, 54.1, 54.3, and 55 of the California Civil Code, and sections 19955 et seq. of the California Health & Safety code by failing to provide full and equal access to the facilities at the Expose III located in Coalinga California (the "Premises").  Defendants denied the allegations of Plaintiffs' complaint and denied that they were liable to Plaintiffs as alleged.

B.  On or about March 25, 2009, Plaintiffs and Defendants entered into a Consent Decree and Order (the "Decree") for the purpose of resolving this action and without the admission of any liability by any party.

C.  Pursuant to the Decree, among other things, Defendants agreed to undertake certain corrective work with respect to the Premises (the "Work").  The Work was completed on or about May 22, 2009.

D.  The Decree provides that, among other things, upon completion of the Work, Plaintiffs will join with Defendants in a stipulation requesting termination of this Court's jurisdiction over this action and that the Decree will no longer be in effect.

**WHEREFORE**, based upon the foregoing recitals, the parties hereby stipulate and agree as follows:

1.  Gabrielsens and Tenants have completed the Work and provided satisfactory proof of completion to Plaintiffs.

2.  Plaintiffs, Gabrielsens and Tenants hereby request that the Court's jurisdiction over this action be terminated.

3.  Plaintiffs, Gabrielsens and Tenants hereby agree that upon approval and entry of this Stipulation by the Court, the Decree will no longer be in effect.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1         4.      This Stipulation may be signed in counterparts and a facsimile signature
shall have the same force and effect as an original signature.

IT IS SO AGREED.

Dated: October 26, 2009         STEIN & LUBIN LLP

By:  /s/ Eugene Chang
Eugene Chang
Attorneys for
DONLON GABRIELSEN AND AGNES GABRIELSEN, as co-trustees of the Gabrielsen Family Trust dated February 10, 1987, amended and restated in its entirety on October 20, 1992

Dated: October 27, 2009         LONG WILLIAMSON & DELIS

By:  /s/ Warren B. Campbell
Warren B. Campbell
Attorneys for
EXPOSE III, ANTHONY S. HWANG dba Expose III, and MYUNG H. HWANG dba Expose III

Dated: October 22, 2009         LAW OFFICES OF PAUL L. REIN

By:  /s/ Paul L. Rein
Paul L. Rein
Attorneys for
SUZANNE GARCIA AND TAMMY DENNISON

**ORDER**

Pursuant to the Stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _November 3, 2009_____         /s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

27250073/391329v1         3         Case No. 08-01344

STIPULATION TO TERMINATE JURISDICTION

PDF created with pdfFactory trial version www.pdffactory.com